UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:   Oatny Borges

Case No.: 23-16316-RAM
Chapter 7

_____ Debtor(s) _____/

### EX PARTE AGREED MOTION FOR SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 2091-1(B) and Local Rule 9013-1(C)(22), the following hereby stipulate and agree to the appointment of attorney, JOSE A. BLANCO, from the firm of JOSE A. BLANCO, P.A., as the attorney of record for the Debtor(s), Oatny Borges, and the removal of ROBERT SANCHEZ, as counsel for the Debtor(s). There are no further attorney's fees and costs that are due to Robert Sanchez. Robert Sanchez herein assigns the balance of his attorney's fees and costs that would have been paid to him to Jose A. Blanco. The Debtor herein agrees to this Stipulation of Counsel and agrees to transfer the remaining balance, as well as any earned yet unpaid fees, to Jose A. Blanco.

Oatny Borges (Oct 24, 2023 09:15 EDT)
_____
Debtor(s): Oatny Borges

Former Counsel:

Dated: **Oct 26, 2023** _____

New Counsel:

Dated: _October 26, 2023_

Robert Sanchez (Oct 26, 2023 22:47 GMT+2)
_____
Robert Sanchez Esq.
Florida Bar No. 0442161
**Robert Sanchez, P.A.**
355 W 49th Street
Hialeah, Florida 33012
Tel. (305) 687-8008

_____
José A. Blanco, Esq.
Florida Bar No. 062449
**Jose A. Blanco, P.A.**
102 E 49th Street
Hialeah, Florida 33013
Tel. (305) 349-3463

# subatty motion

Final Audit Report                                                                                      2023-10-26

| | |
|---|---|
| Created: | 2023-10-19 |
| By: | Jose Blanco (jose@blancopa.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAz4bG67yRJYHIZxBSICZYWFYb1Oxc37nh |

## "subatty motion" History

📄 Document created by Jose Blanco (jose@blancopa.com)
2023-10-19 - 5:12:24 PM GMT

📧 Document emailed to oatny0930@gmail.co for signature
2023-10-19 - 5:13:00 PM GMT

📧 Email sent to oatny0930@gmail.co bounced and could not be delivered
2023-10-19 - 5:13:17 PM GMT

🔁 Jose Blanco (jose@blancopa.com) replaced signer oatny0930@gmail.co with Oatny Borges (oatny0930@gmail.com)
2023-10-19 - 6:22:17 PM GMT

📧 Document emailed to Oatny Borges (oatny0930@gmail.com) for signature
2023-10-19 - 6:22:18 PM GMT

📧 Email sent to oatny0930@gmail.co bounced and could not be delivered
2023-10-19 - 6:22:27 PM GMT

📄 Email viewed by Oatny Borges (oatny0930@gmail.com)
2023-10-19 - 7:15:04 PM GMT

📄 Email viewed by Oatny Borges (oatny0930@gmail.com)
2023-10-21 - 2:56:19 AM GMT

📄 Email viewed by Oatny Borges (oatny0930@gmail.com)
2023-10-24 - 1:14:37 PM GMT

✍️ Document e-signed by Oatny Borges (oatny0930@gmail.com)
Signature Date: 2023-10-24 - 1:15:12 PM GMT - Time Source: server

📧 Document emailed to robertsanchez7@mac.com for signature
2023-10-24 - 1:15:12 PM GMT

![Adobe Acrobat Sign] Adobe Acrobat Sign

Email viewed by robertsanchez7@mac.com
2023-10-24 - 1:23:11 PM GMT

Email viewed by robertsanchez7@mac.com
2023-10-26 - 8:47:08 PM GMT

Signer robertsanchez7@mac.com entered name at signing as Robert Sanchez
2023-10-26 - 8:47:50 PM GMT

Document e-signed by Robert Sanchez (robertsanchez7@mac.com)
Signature Date: 2023-10-26 - 8:47:52 PM GMT - Time Source: server

Agreement completed.
2023-10-26 - 8:47:52 PM GMT

**Adobe Acrobat Sign**