

**ORDERED in the Southern District of Florida on September 6, 2024.**

_____
**Robert A. Mark, Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:   Oatny Borges                                         Case No.: 23-16316-RAM
                                                              Chapter 13
            Debtor(s)            /

**ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM OF ACAR LEASING LTD D/B/A GM FINANCIAL LEASING**

    This matter having been considered without hearing upon the Debtor's Objection to Claim[s] of ACAR Leasing LTD d/b/a GM Financial Leasing [DE #_75___], and the objector by submitting this form order having represented that the objection was served on the parties listed below, that the 30-day response time provided by Local Rule 3007-1(D) has expired, that no one listed below has filed, or served on the objector, a response to the objection, and that the relief to be granted in this order is the identical relief requested in the objection, and this court having considered the basis for the objection to the claim, it is

**ORDERED** that Debtor's objection to the following claim is sustained:

| Claim No. | Name of Claimant / Creditor |
|---|---|
| 3 | ACAR Leasing LTD d/b/a GM Financial Leasing |

Disposition: The claim is allowed as filed with no distribution from the Chapter 13 Trustee.

###

Respectfully Submitted:
Jose A. Blanco | 062449
**JOSE A. BLANCO, P.A.**
102 E 49th ST
Hialeah, FL 33013
Tel:    (305) 349-3463
Fax:    (786) 567-5057
E-Mail: jose@blancopa.com

Jose A. Blanco, P.A shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).