UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:    Oatny Borges                                    Case No.: 23-16316-RAM
                                                          Chapter 13

_____Debtor(s)_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Order Sustaining

Objection to Claim No. 3 was sent to all parties on the attached service list on September

11, 2024.

AmeriCredit/GM Financial
Attn: Bankruptcy
Po Box 183853
Arlington, TX 76096

ACAR Leasing/GM Financial Leasing
c/o Lorenzo Nunez
PO Box 183853
Arlington, TX 76096

ACAR Leasing
c/o BERCE, DANIEL E, President
801 CHERRY STREET SUITE 3600
FORT WORTH, TX 76102

Respectfully submitted:            **Jose A. Blanco, P.A.**
September 11, 2024                  By: */s/ Jose A. Blanco* | FBN: 062449
                                   Attorney for Debtor(s)
                                   102 E 49th ST
                                   Hialeah, FL 33013,
                                   Tel. (305) 349-3463
                                   E-mail: jose@blancopa.com