UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:
OATNY BORGES
           DEBTOR

CASE NO. 23-16316-RAM
CHAPTER 13

**EX PARTE MOTION FOR ORDER CONFIRMING
THAT THE AUTOMATIC STAY IS TERMINATED**
(Re: 2022 Cadillac Escalade ESV, VIN: 1GYS3JKL9NR112032)

**Any interested party who fails to file and serve a written response to this motion within 14 days after the date of service stated in this motion, pursuant to Local Rule 4001-1(C), be deemed to have consented to the entry of an order granting the relief requested in the motion.**

ACAR LEASING LTD, INC., D/B/A GM FINANCIAL LEASING ("Secured Creditor"), its successors and assigns, by and through its undersigned counsel, files this *Ex Parte Motion for Order Confirming That the Automatic Stay is Terminated*, and in support thereof states as follows:

1.    The Court has jurisdiction over this matter pursuant to 11 U.S.C. § 362, Fed. R. Bankr. P. 4001(a) and the various other applicable provisions of the United States Bankruptcy Code, Federal Rules of Bankruptcy Procedure and the laws of the United States of America.

2.    On August 10, 2023, Oatny Borges ("Debtor"), filed for relief under Chapter 7 of the U.S. Bankruptcy Code. The Bankruptcy Case then converted to a Chapter 13 on November 22, 2023.

3.    For value received, the Debtor executed and delivered a Closed End Motor Vehicle Lease as evidence of an indebtedness to the Creditor ("Agreement"). A copy of the Agreement is attached hereto as **Exhibit "A".**

4.    Said indebtedness is secured by property more particularly described in the parties' Agreement as a 2022 Cadillac Escalade ESV, VIN: 1GYS3JKL9NR112032 ("Collateral").

5.       The Creditor is the present owner and holder for value of the contract and holds a perfected lien on the Collateral.  Proof of lien is attached hereto as **Exhibit "B".**

6.       The Order Confirming Plan was entered on May 28, 2024 (Doc. 67).

7.       The Confirmed Chapter 13 Plan (Doc. 58) provides for the Secured Creditor to be paid Directly, outside the Plan.

8.       Pursuant to paragraph four (4) of the Order Confirming Plan, the automatic stay has terminated.

9.       Therefore, Secured Creditor requests an Order Confirming that the Automatic Stay is Terminated under 11 U.S.C. § 362(c).

**WHEREFORE**, Secured Creditor respectfully requests an Order confirming that the automatic stay is not currently in effect, and such other and further relief as the Court may deem just and proper.

> */s/Neisi I. Garcia Ramirez*
> Teresa M. Hair, FL Bar No. 44079
> Patrick Hruby, FL Bar No. 0088657
> Neisi I. Garcia Ramirez, FL Bar No. 91430
> Dennis J. LeVine, FL Bar No. 375993
> Jay Jones, FL Bar No. 90736
> Attorney for Creditor
> BROCK & SCOTT, PLLC
> 3825 Forrestgate Drive
> Winston Salem, NC 27103
> Telephone: (844) 856-6646
> Facsimile: (704) 369-0760
> FloridaBKLegal@brockandscott.com

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

IN RE:
OATNY BORGES
     DEBTOR

CASE NO.  23-16316-RAM
CHAPTER 13

## CERTIFICATE OF SERVICE

  I, the undersigned, hereby certify that a true and exact copy of the foregoing EX PARTE MOTION FOR ORDER CONFIRMING THAT THE AUTOMATIC STAY IS TERMINATED has been electronically served or mailed, postage prepaid on this day to the following:

OATNY BORGES
16630 NW 82 AVE
HIALEAH, FL 33016-3411

JOSE A BLANCO
JOSE@BLANCOPA.COM

NANCY K NEIDICH, BANKRUPTCY TRUSTEE
E2C8F01@CH13MIAMI.COM

OFFICE OF THE US TRUSTEE, US TRUSTEE
USTPREGION21.MM.ECF@USDOJ.GOV

Date: October 29, 2024

            */s/Neisi I. Garcia Ramirez*
            Teresa M. Hair, FL Bar No. 44079
            Patrick Hruby, FL Bar No. 0088657
            Neisi I. Garcia Ramirez, FL Bar No. 91430
            Dennis J. LeVine, FL Bar No. 375993
            Jay Jones, FL Bar No. 90736
            Attorney for Creditor
            BROCK & SCOTT, PLLC
            3825 Forrestgate Drive
            Winston Salem, NC 27103
            Telephone: (844) 856-6646
            Facsimile: (704) 369-0760
            FloridaBKLegal@brockandscott.com